IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02455-WYD-CBS

RACHEL KOTT,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court by stipulation.  The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation of Dismissal with Prejudice [doc. #8, filed February 17, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

    Dated: February 18, 2009.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            CHIEF UNITED STATES DISTRICT JUDGE